IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-25-BO-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| Plaintiff, ) | | |
| ) | | ORDER |
| v. ) | | |
| ) | | |
| $25,000 IN U.S. CURRENCY ) | | |
| Defendant. ) | | |

Plaintiff's request to stay this action [DE 13] is DENIED. Plaintiff's motion to seal [DE 15] is GRANTED for the reasons outlined therein. Plaintiff's memorandum at [DE 14] was incorrectly filed as a motion and the Clerk is DIRECTED to terminate it as pending.

Claimant's reply to their motion for return of property [DE 7] was incorrectly filed as a motion and the Clerk is DIRECTED to terminate the motion as pending. The government's motion to continue the March 9, 2023, hearing [DE 8] is DENIED AS MOOT.

SO ORDERED, this 25 day of April 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE