IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-25-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| $25,000.00 IN U. S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown on the United States' motion for a stay of the instant civil forfeiture proceedings pursuant to 18 U.S.C. § 981(g)(1), it is hereby

ORDERED that this matter is STAYED pending the conclusion of all related criminal prosecution of *United States v. Tyran Knight*, No. 5:23-CR-00267-M, and *United States v. Shontayene Pittman*, No. 5:24-CR-00153-M, including the exhaustion of any appeals, and the Pretrial Conference set for June 26, 2024, is CANCELLED.

SO ORDERED, this 25 day of June, 2024.

Terrence Boyle
TERRENCE W. BOYLE
United States District Judge